**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI/IRS

**City** Boston, et al.     **Related Case Information:**

**County** Suffolk, et al.

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-7080, 19-7081 & 19-7082
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Dana A. Pullman     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Worcester, MA

Birth date (Yr only): 1961   SSN (last4#): 9256   Sex: M   Race: White   Nationality: USA

**Defense Counsel if known:** Martin G. Weinberg     Address: 20 Park Plaza, Suite 1000

**Bar Number** 519480     Boston, MA 02116

**U.S. Attorney Information:**

**AUSA** Kristina E. Barclay/Neil J. Gallagher, Jr.     Bar Number if applicable 640848

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/20/2019     Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Dana A. Pullman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | |
| Set 2 | 18 U.S.C. § 1346 | Honest Services Wire Fraud | |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud and Honest Svs. | |
| Set 4 | 18 U.S.C. § 1503 | Obstruction of Justice | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____