# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI/IRS

**City** Boston, et al.  **Related Case Information:**

**County** Suffolk, et al.

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  19-07302-JCB
Search Warrant Case Number  19-7080, 19-7081 & 19-7082
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Dana A. Pullman  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Worcester, MA

**Birth date (Yr only):** 1951  **SSN (last4#):** 8142  **Sex** F  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** Martin G. Weinberg  **Address** 20 Park Plaza, Suite 1000

**Bar Number** 519480  Boston, MA 02116

## U.S. Attorney Information:

**AUSA** Kristina E. Barclay/Neil J. Gallagher, Jr.  **Bar Number if applicable** 640848

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

## Location Status:

**Arrest Date** 08/21/2019

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: U.S.M.J. Jennifer Boal  on 08/22/2019

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  13

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/12/19  **Signature of AUSA:** _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dana A. Pullman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1962(c) | Racketeering | 2 |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Svs. Wire Fraud | 3 |
| Set 4 | 18 U.S.C. § 1343, 1346, 2 | Honest Services Wire Fraud, Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1343, 2 | Wire Fraud, Aiding and Abetting | 5-9 |
| Set 6 | 18 U.S.C. § 1503(a), 2 | Obstruction of Justice, Aiding and Abetting | 10 |
| Set 7 | 18 U.S.C. § 371 | Conspiracy to Defraud the U.S. | 12 |
| Set 8 | 26 U.S.C. § 7206(a) | Aiding and Assisting the Filing of a False Tax Return | 13-14 |
| Set 9 | 18 U.S.C. § 981, 1963 | Forfeiture | N/A |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI/IRS |
| City Boston, et al. | **Related Case Information:** | |
| County Suffolk, et al. | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number 19-07302-JCB | |
| | Search Warrant Case Number 19-7080, 19-7081 & 19-7082 | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Anne M. Lynch     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Worcester, MA

Birth date (Yr only): 1951   SSN (last4#): 8142   Sex: F   Race: White   Nationality: USA

Defense Counsel if known: Scott Lopez     Address: Lawson & Weitzen LLP
Bar Number: 549556                           88 Black Falcon Ave, Ste. 345
                                             Boston, MA 02210

**U.S. Attorney Information:**

AUSA: Kristina E. Barclay/Neil J. Gallagher, Jr.     Bar Number if applicable: 640848

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: 08/21/2019

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: U.S.M.J. Jennifer Boal  on 08/22/2019

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 14

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/12/19     Signature of AUSA: [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Anne M. Lynch

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1962(c) | Racketeering | 2 |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Svs. Wire Fraud | 3 |
| Set 4 | 18 U.S.C. § 1343, 1346, 2 | Honest Services Wire Fraud, Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1343, 2 | Wire Fraud, Aiding and Abetting | 5-9 |
| Set 6 | 18 U.S.C. § 1503(a), 2 | Obstruction of Justice, Aiding and Abetting | 10-11 |
| Set 7 | 18 U.S.C. § 371 | Conspiracy to Defraud the U.S. | 12 |
| Set 8 | 26 U.S.C. § 7206(a) | Aiding and Assisting the Filing of a False Tax Return | 13-18 |
| Set 9 | 18 U.S.C. § 981, 1963 | Forfeiture | N/A |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____