UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANA PULLMAN, )<br>)<br>Defendant )<br>) | Criminal No. 19-cr-10345-DPW |

## ASSENTED-TO MOTION TO SEAL

Now comes the defendant, Dana Pullman, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for leave to file his motion addressing representation of counsel under seal in order to avoid additional unnecessary publicity.

**WHEREFORE**, Mr. Pullman respectfully requests the instant motion be granted.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the Government and the Government, by and through AUSA Kristina Barclay, assents to this request.

        Respectfully Submitted,

        Dana Pullman
        By his Attorney,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

Dated: October 7, 2019

**CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, October 7, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Kristina Barclay and Neil J. Galagher, Assistant United States Attorneys.

                                                  **/s/ Martin G. Weinberg**
                                                  Martin G. Weinberg