UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 19-cr-10345-DPW |
| ) | |
| DANA A. PULLMAN, and ) | |
| ANNE M. LYNCH, ) | |
| ) | |
| Defendants ) | |

ORDER OF EXCLUDABLE DELAY

BOAL, D.J.

Upon consideration of the parties' assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from the date of the Initial Status Conference, November 5, 2019, through and including the Interim Status Conference date, January 14, 2020, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," specifically, this exclusion of time allows the defendants to review discovery, file pretrial motions, and prepare for trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial.

Accordingly, the Court grants the parties' assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from November 5, 2019, through and including January 14, 2020, is excluded from the speedy trial clock.

                                                                                                  _____
                                                                                                  HON. JENNIFER C. BOAL
                                                                                                  U.S. MAGISTRATE JUDGE