# FEDERAL PUBLIC DEFENDER OFFICE
## DISTRICT OF MASSACHUSETTS
### 51 SLEEPER STREET, 5TH FLOOR
### BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-223-8061
FAX: 617-223-8080

December 15, 2020

<u>By email and ECF filing</u>
AUSA Kristina E. Barclay
AUSA Neil Gallagher
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210

Re:  *United States v. Dana Pullman, et al.*
<u>Criminal No. 19-cr-10345-DPW</u>

Dear Counsel:

Based upon a review of the reports provided by the government on December 1, 2020, I write to request the following additional discovery materials in the above-referenced case:

1. For the relevant time period covered by the indictment in this case (2012-2018), the retainer agreements between the State Police Association of Massachusetts ("SPAM") and the following individuals and or their respective law firms:

   a. Attorney Leonard Kesten;
   b. Attorney Richard Rafferty;
   c. Any other attorney or law firm that had a retainer agreement with SPAM during the relevant period covered by the indictment;

2. In the recent discovery disclosure produced by the government on December 1, 2020, the defendants received reports detailing statements made by most, if not all, of the SPAM Constitutional Officers and a number of Troop Representatives. Missing from this disclosure were any statements made to federal investigators by SPAM Treasurer Andrew Daly. Trooper Daly was responsible for monitoring SPAM's finances for the relevant period and would undoubtedly have noted and or discussed any questionable expenditures or requests for reimbursement made by Executive Board members. We request that the government turn over all exculpatory statements made by Trooper Daly regarding expenditures or reimbursement requests made by then SPAM President Dana Pullman. Further, we request all exculpatory statements made by Trooper Daly regarding any aspect of the charges leveled against Dana Pullman in the indictment before the federal court.

3. In the government's reply to our original discovery letter dated November 3, 2020, it replied that it "was not aware of any state law enforcement investigation" related to this federal investigation of the defendants. The government's recent discovery disclosure contained several reports, including in a statement taken from retired Deputy Superintendent Frank Hughes, that referenced a Massachusetts Attorney General's Office investigation regarding Troy Rifles involving Assistant Attorney General Peter Mullen. Related discovery materials in this case describe meetings between Trooper Mike Wilmont, Anne Lynch, and the management of Troy Rifles. Troy Rifles sought to become an MSP vendor. We would request any additional reports or materials related to this investigation that is in the possession of the government.

Please let us know if you have any questions regarding these requests.

Sincerely,

*/s/ Oscar Cruz, Jr.*

*/s/ Brendan Kelley*

cc: Clerk of Court (via ECF)