UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 19-cr-10345-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| DANA A. PULLMAN and | ) | |
| ANNE M. LYNCH, | ) | |
| Defendants | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS IN EXCESS OF 20 PAGES

The United States of America, by undersigned counsel, hereby respectfully requests leave to file one omnibus opposition to the motions to dismiss the Indictment filed by Defendants Dana A. Pullman (Docket No. 92) and Anne M. Lynch (Docket No. 93), in excess of the twenty-page limitation contained in Local Rule 7.1(b)(4).  The government submits that its opposition to the motions will not exceed twenty-four pages, and that Defendants do not object to the government's request.

WHEREFORE, the Court should grant leave for the government to file one opposition to Defendants' motions to dismiss, not to exceed twenty-four pages in length.

Respectfully submitted

NATHANIEL R. MENDELL,
ACTING UNITED STATES ATTORNEY

Date:   May 6, 2021          By:    /s/Kristina E. Barclay
                                    KRISTINA E. BARCLAY
                                    NEIL J. GALLAGHER, JR.
                                    Assistant U.S. Attorneys

1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: May 6, 2021              /s/*Kristina E. Barclay*
                                               Kristina E. Barclay
                                               Assistant United States Attorney