UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.                                                                 )   Criminal No. 19-10345-DPW<br> )<br>DANA A. PULLMAN and                            )<br>ANNE M. LYNCH                                       ) | |

### DISMISSAL OF
### COUNTS FIFTEEN AND EIGHTEEN OF THE FIRST SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts Fifteen and Eighteen of the First Superseding Indictment charging ANNE M. LYNCH with aiding and assisting the filing of false tax returns, in violation of 26 U.S.C. § 7206(2). In support of this dismissal, the government states that evidence developed during trial preparation does not support the charges, and the dismissal is in the interests of justice.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

September 23, 2022       By:       */s/ William F. Abely*
WILLIAM F. ABELY
AMANDA P.M. STRACHAN
Chiefs, Criminal Division

*/s/Kristina E. Barclay*
KRISTINA E. BARCLAY
NEIL J. GALLAGHER, JR.
Assistant U.S. Attorneys

Leave to File Granted:

_____
DOUGLAS P. WOODLOCK
United States District Court Judge