UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANA PULLMAN )<br>ANNE LYNCH ) | CRIMINAL NO. 19-10345-DPW |

## DEFENDANTS' JOINT MOTION FOR JUDGMENT OF ACQUITTAL

Defendants, Dana Pullman ("Mr. Pullman") and Anne Lynch ("Ms. Lynch"), move pursuant to Federal Rule of Criminal Procedure 29(a) for a judgment of acquittal on all counts of the Superseding Indictment. As explained in the accompanying memoranda in support of this Motion, the government has failed to prove each and every element of the offenses beyond a reasonable doubt and the evidence, taken in the light most favorable to the government, is insufficient to sustain a conviction on any of the charges.

Respectfully Submitted,

| | |
|---|---|
| DANA PULLMAN<br>By his attorneys, | ANNE LYNCH<br>By her attorneys, |
| */s/ Timothy G. Watkins*<br>Brendan Kelley<br>Timothy G. Watkins<br>Federal Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Tel: 617-223-8061 | */s/ Scott P. Lopez*<br>Scott P. Lopez BBO# 549556<br>Maria Galvagna Mesinger BBO# 547953<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Ave, Suite 345<br>Boston, MA 02210<br>Tel: 617-439-4990 |

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 24, 2022.

*/s/ Timothy G. Watkins*
Timothy G. Watkins