UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-10345-DPW |
| ) | |
| DANA PULLMAN ) | |

## DEFENDANTS DANA PULLMAN'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL OR, ALTERNATIVELY, MOTION FOR A NEW TRIAL

Defendant, Dana Pullman herby moves, pursuant to Federal Rule of Criminal Procedure 29(c), for a judgment of acquittal on all counts of the Superseding Indictment. As reason therefore, defendant submits that the government failed to prove every element of each of the offenses beyond a reasonable doubt at trial and the evidence, taken in the light most favorable to the government, was insufficient to sustain a conviction on any of the charges. Alternatively, defendant moves, pursuant to Federal Rule of Criminal Procedure 33, for a new trial in the interests of justice.

Further grounds for this Motion will be set forth in the defendant's memorandum in support, which will be filed on the Court's previously established deadline of December 20, 2022.

DANA PULLMAN
By his attorneys,

*/s/ Timothy G. Watkins*
Brendan Kelley
Timothy G. Watkins
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 16, 2022.

                                                 /s/ Timothy G. Watkins
                                                 Timothy G. Watkins